**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

---

MICHAEL LANTIER

VERSUS

TRAVELERS CASUALTY INSURANCE CO
OF AMERICA ET AL.

CIVIL ACTION NO.  22-4178

JUDGE DONALD E. WALTER

MAGISTRATE JUDGE PEREZ-MONTES

---

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein (ECF No. 58), noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that the Court Order granting the Motion to Intervene (ECF No. 46) be VACATED, SLF's Motion to Intervene (ECF No. 45) be DENIED, and SLF's claim in intervention (ECF No. 45) be DISMISSED WITHOUT PREJUDICE.

IT IS FURTHER ORDERED that the Motion for Interpleader and Request for Injunctive Relief (ECF No. 57) be DENIED.

To the extent that Motion (ECF No. 57) can be construed as asserting an interpleader complaint, IT IS FURTHER ORDERED that SLF's interpleader claim(s) (ECF No. 57) be DISMISSED WITHOUT PREJUDICE.

**THUS DONE AND SIGNED** in Shreveport, Louisiana, this 16th day of March, 2026.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE